```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/31/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAWRENCE YOUNG, *Individually and on Behalf of All Other Persons Similarly Situated*,

     Plaintiff,

-against-

WARBY PARKER RETAIL, INC. and JAND, INC.,

     Defendants.

17-cv-04892(ALC)

**ORDER OF DISCONTINUANCE**

---

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: August 31, 2017
   New York, New York

             _/s/ Andrew L. Carter, Jr._
             **ANDREW L. CARTER, JR.**
             **United States District Judge**