USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/8/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

LAWRENCE YOUNG, Individually and on Behalf of All Other Persons Similarly Situated,

        Plaintiff,

v.

WARBY PARKER RETAIL, INC. and JAND, INC., Jointly and Severally,

        Defendants.

---------------------------------------x

ECF CASE

No.: 1:17-cv-4892 (ALC)

## STIPULATION OF DISMISSAL WITH PREJUDICE

With Defendants having not served an answer or a motion for summary judgment, Plaintiff and Defendants, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, a resolution of all matters in dispute having been made and each party to bear its or their own fees and costs.

Dated: September 6 2017
New York, New York

_____
Douglas B. Lipsky, Esq.
BRONSON LIPSKY LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
Email: dl@bronsonlipsky.com
Tel: 212.392.4772
Fax: 212.444.1030
*Attorneys for Plaintiff*

Dated: September 5 2017
Atlanta, Georgia

_____
Gavin Appleby
LITTLER MENDELSON P.C.
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326-480
Email: gappleby@littler.com
Tel: 404.760.3935
Fax: 404.759.2372
*Attorneys for Defendants*

**SO ORDERED:**

_____
**U.S.D.J.**
9/8/17